**A. W. FROST, Movant, v. Yancey BOWLING, Opposed.**

Court of Appeals of Kentucky.

Nov. 2, 1951.

Courtney C. Wells, of Hazard, for movant.

Don A. Ward, of Hazard, for opposed.

PER CURIAM.

Motion for appeal denied. Judgment affirmed.